1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  JAMES E. KELLER (NYSBN 2393881)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA, 94612
6      Telephone: (510) 637-3924
       Facsimile:  (510) 637-3724
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11 UNITED STATES OF AMERICA          )    No. CR 05-00269 DLJ
                                     )
12                                   )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING DATE FOR
13     v.                            )    STATUS AND EXCLUDING TIME
                                     )    UNDER THE SPEEDY TRIAL ACT, 18
14 ERIC E. BUSH and                  )    U.S.C. § 3161 ET SEQ.
   MARCEL B. SYLVESTER,              )
15                                   )
       Defendants.                   )
16 _____)

17

18     IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-
19 captioned action that the parties appearance before the Court on August 25, 2005, in the above-referenced
20 action be continued to August 26, 2005, at 9:00 p.m. for status. Defendant Bush is in custody and does
21 not need the assistance of an interpreter; defendant Sylvester is not in custody and does not need the
22 assistance of an interpreter.
23     The parties in the above-captioned action hereby agree and stipulate that the time from August 25,
24 2005 to August 26, 2005 is excluded under the Speedy Trial Act, Title 18, United States Code, Sections
25 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Specifically, the parties agree and stipulate that the ends of justice
26 are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this
27 time under the Speedy Trial Act because counsel for the parties need additional time to effectively prepare
28 this case, including, without limitation, to investigate the evidence in this case to determine an appropriate

STIPULATION
CR 05-00269 DLJ                          1

disposition. The parties also stipulate and agree that the time between August 25, 2005 to August 26, 2005 is excluded for continuity of counsel, as counsel for defendant Sylvester is presently engaged in a state court trial. The parties further stipulate and agree that the time between August 25, 2005 to August 26, 2005 is a reasonable period of time for the effective preparation of this case by counsel for the defendant, taking into account the exercise of due diligence.

SO STIPULATED.

Dated: August 26, 2005

TODD ~~BECKET~~ BEQUETTE
Attorney for Defendant Marcel Sylvester

Dated: August 26, 2005

CAMELLIA BARAY
Attorney for Defendant Eric E. Bush

Dated: August ~~January~~ 26, 2005

JAMES E. KELLER
Assistant United States Attorney

## ORDER

Based on the reasons provided in the above stipulation of the parties, the Court hereby FINDS that the time from August 25, 2005 to August 26, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that (1) the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial for the parties to effectively prepare this case, including, without limitation, to investigate the evidence in this case to determine an appropriate disposition, taking into account the exercise of due diligence; and (2) for continuity of counsel, as counsel for defendant Sylvester is presently engaged in a state court trial.

Based on these findings, IT IS HEREBY ORDERED THAT the time from August 25, 2005 and August 26, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: August 26, 2005

HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIPULATION
CR 05-00269 DLJ                                2