CAMELLIA BARAY, #179219
BONJOUR, THORMAN & BARAY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400

Attorneys for Defendant Eric E. Bush

RECEIVED
SEP 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

ERIC E. BUSH,
MARCEL SYLVESTER,

    Defendants.

NO. CR 05-00269 DLJ

**STIPULATION AND ORDER**

It is hereby stipulated between the parties that the above entitled matter, United States v. Eric E. Bush, presently scheduled for status conference on September 23, 2005, be continued to Friday, October 28, 2005, at 9:00 a.m.

The parties agree that time under the Speedy Trial Act will continue to be excluded to October 28, 2005 for continuity of counsel and to allow for further investigation.

It is so stipulated.

Dated: September 22, 2005

BONJOUR, THORMAN & BARAY

By: _____
CAMELLIA BARAY
Attorney for Eric E. Bush

1

Dated: September 22, 2005

By: _____
TODD BEQUETTE
Attorney for Marcel Sylvester

Dated: September 23, 2005

OFFICE OF THE U.S. ATTORNEY

By: _____
JIM KELLER, Assistant United
States Attorney

**ORDER**

GOOD CAUSE APPEARING,

IT IS SO ORDERED that the status conference scheduled for September 23, 2005 be continued to October 28, 2005, at 9:00 a.m.

Dated: 9-23-05

_____
U.S. DISTRICT COURT JUDGE

2